UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  JEAN-CHARLES, Marie L.                                  Chapter 13
SSN xxx xx 0443                                                  Case No. 18-11619-MSH

## MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
## NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1. On May 1, 2018, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On June 5, 2018, the Trustee convened and presided at a meeting of creditors. On June 11, 2018, the Debtor filed the amended Plan. The Plan is not feasible.

3. The Plan fails to provide for the secured mortgage arrears claim of Ditech Financial in the sum of $60,654.63.

4. The Trustee asserts that the Debtors' failure to file a confirmable Plan constitute unreasonable delay that is prejudicial to creditors and are grounds for dismissal pursuant to 11 U.S.C sec. 1307(c).

   WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,
By:  /s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO #631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Dated:   July 31, 2018

km

07/05/2019 Moot.