United States Bankruptcy Court
District of Massachusetts

In re:  
Marie L. Jean-Charles  
    Debtor

Case No. 18-11619-msh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: cmartin     Page 1 of 1     Date Rcvd: Jul 05, 2019  
                   Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2019.  
db           +Marie L. Jean-Charles,    41 Perkins Avenue,    Apt. 2,    Malden, MA 02148-7543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2019 at the address(es) listed below:  
           Carolyn Bankowski-13-12    13trustee@ch13boston.com  
           Derek A. Castello    on behalf of Creditor    Citizens Bank, National Association bkecf@bmpc-law.com, dcastello@bmpc-law.com  
           John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV  
           Richard N. Gottlieb    on behalf of Debtor Marie L. Jean-Charles rnglaw@verizon.net, r39800@notify.bestcase.com  
           Zoh Nizami    on behalf of Creditor    MTGLQ Investors, L.P. bankruptcy@kordeassociates.com  
                                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   JEAN-CHARLES, Marie L.                    Chapter 13
SSN xxx xx 0443                                    Case No. 18-11619-MSH

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

   Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case. In support thereof, the Trustee states as follows:

1. On May 1, 2018, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On June 5, 2018, the Trustee convened and presided at a meeting of creditors.  On June 11, 2018, the Debtor filed the amended Plan.  The Plan is not feasible.

3. The Plan fails to provide for the secured mortgage arrears claim of Ditech Financial in the sum of $60,654.63.

4. The Trustee asserts that the Debtors' failure to file a confirmable Plan constitute unreasonable delay that is prejudicial to creditors and are grounds for dismissal pursuant to 11 U.S.C sec. 1307(c).

   WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully Submitted,
By:  /s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO #631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Dated:   July 31, 2018

km